# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| JUAN MEDINA OCAMPO, et al.<br><br>　　　　　　　　　Petitioners,<br><br>　v.<br><br>LAURA HERMOSILLO, et al.<br><br>　　　　　　　　　Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 2:25-cv-02408-TMC |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　The Petition for writ of habeas corpus is GRANTED IN PART and DENIED IN PART with the relief ordered in Dkt. 23.

　　Dated December 10, 2025.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian　　　　　
　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　　*/s/Michael Williams*　　　　　
　　　　　　　　　　　　　　　　　　　　Deputy Clerk